UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------x
DEENA TJARTJALIS,

     Plaintiff,        ANSWER

    -against-        14-CV-1412 - LDW - ARL

PROFESSIONAL CLAIMS BUREAU, INC.,

     Defendant.
-------------------------------x

    Defendant, Professional Claims Bureau, Inc., by its attorney, Arthur Sanders, Esq., answers plaintiff's complaint as follows:

1. Defendant acknowledges being sued pursuant to the Fair Debt Collection Practices Act, but denies any violation thereof.

2. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "2" of the complaint.

3. This allegation is not directed against the defendant and requires no admission or denial.

4. Defendant admits the allegations contained in paragraph "4" of the complaint.

5. Defendant admits the allegations contained in paragraph "5" of the complaint.

6. Defendant admits the allegations contained in paragraph "6" of the complaint.

7. Defendant admits the allegations contained in paragraph "7" of the complaint.

8.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

9.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

10.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

11.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

12.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

13.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

14.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

15.    Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

16.  Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

17.  Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

18.  Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

19.  Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

20.  Defendant denies that this matter has been properly brought as a class action and denies that it violated any provision of the FDCPA.

21.  Defendant repeats and realleges all previous admissions and denials in paragraphs "1" through "20" of the complaint.

22.  Defendant admits the allegations contained in paragraph "22" of the complaint.

23.  Defendant admits that it attempted to collect a debt from the plaintiff, but otherwise denies the allegations contained in paragraph "23" of the complaint.

24. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "24" of the complaint.

25. Defendant repeats and realleges all previous admissions and denials contained in paragraphs "1" through "24" of the complaint.

26. This paragraph contains no factual allegation directed against the defendant and does not require an admission or denial.

27. Defendant denies each and every allegation contained in paragraph "27" of the complaint.

28. Defendant denies each and every allegation contained in paragraph "28" of the complaint.

29. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "29" of the complaint.

WHEREFORE, defendant respectfully requests that plaintiff's complaint be dismissed.

Dated:   New City, NY
         April 3, 2014

/S/Arthur Sanders
ARTHUR SANDERS, ESQ.
Attorney for defendant
30 South Main Street
New City, NY  10956
845-499-2990

To:   M. HARVEY REPHEN & ASSOCIATES
      Attorneys for plaintiff
      708 Third Avenue
      New York, NY  10007