UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

DEENA TJARTJALIS,

                  Plaintiff,

     -against-

PROFESSIONAL CLAIMS BUREAU, INC.,

              Defendant(s).

----------------------------------------x

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(c)**

**14 CV 01412**

**PLEASE TAKE NOTICE** that the undersigned, Arthur Sanders, Esq., counsel for defendant Professional Claims Bureau, Inc., shall apply to the United States District Court, Eastern District of New York, Honorable Leonard D. Wexler, for an Order entering judgment on the pleadings, pursuant to the Federal Rules of Civil Procedure 12(c), in favor of defendant and against the plaintiff.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Memorandum of Law in support of said application, with the exhibits appended thereto, both of which are incorporated herein by reference as if set forth in full.

Dated:   New City, NY
         October 15, 2014

                                         _____
                                         ARTHUR SANDERS, ESQ. (AS1210)
                                         Attorney for defendant
                                         30 South Main Street
                                         New City, NY  10956
                                         845-499-2990

TO:

MARK H. REPHEN, ESQ.
M. Harvey Rephen & Associates
Attorney for plaintiff
708 Third Avenue
New York, NY   100074

YITZCHAK ZELMAN, ESQ.
Law Office of Alan J. Sasson, P.C.
Attorney for plaintiff
1669 East 12th Street
Brooklyn, NY   11229

ALAN J. SASSON, ESQ.
Law Office of Alan J. Sasson, P.C.
Attorney for plaintiff
1669 East 12th Street
Brooklyn, NY   11229