**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEENA TJARTJALIS,

    Plaintiff,

                            **JUDGMENT**
 - against -                  CV 14-1412 (LDW)(ARL)


PROFESSIONAL CLAIMS BUREAU,
INC.,

       Defendant.
-----------------------------------------------------------X

   An Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed on

May 3, 2016; and an Order of Honorable Leonard D. Wexler, United States District Judge,

having been filed on May 4, 2016, directing the Clerk of Court to enter judgment against

Defendant in favor of Plaintiff in the amount of $1,200, it is

   **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff

Deena Tjartjalis and against defendant Professional Claims Bureau, Inc., in the amount of

$1,200.


Dated: Central Islip, New York
    May 9, 2016


                DOUGLAS C. PALMER
                CLERK OF THE COURT

        By:  /s/ James J. Toritto
           Deputy Clerk